## MOSELEY v. STATE.
### No. 19853.

Court of Criminal Appeals of Texas.

June 8, 1938.

Sam T. Holt, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for burglary, the punishment being assessed at two years confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appearing to be in proper form, the judgment is affirmed.